UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 4:05-CV-24-AS |
| ) | |
| JUDY C. MOORE a/k/a JUDY C. WEST ) | |
| a/k/a JUDY CAROLYN MOORE a/k/a ) | |
| JUDY WEST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM, ORDER AND OPINION**

This matter is before the Court on Plaintiff's motion to stay (DE# 18) the proceedings in this case because the defendant has filed a Chapter 7 bankruptcy in the United States Bankruptcy Court, Cause No. 05-41831.  That motion is **GRANTED**.  The Court orders the following:

1) The Foreclosure proceedings related to this matter are hereby stayed

2) The Clerk is directed to mark this action closed for statistical purposes

3) This Court shall retain jurisdiction over this matter; and

4) Shall permit restoration of this case to the trial docket upon appropriate motion.

**SO ORDERED**.

**Date:** January 6, 2006

S/ ALLEN SHARP
HONORABLE ALLEN SHARP, JUDGE
UNITED STATES DISTRICT COURT